IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GORE,                                 ) | No. C 12-5108 LHK (PR) |
|                              Plaintiff,                 ) | JUDGMENT |
|      vs.                                                 ) | |
| WALKENHORST'S, et al.,                     ) | |
|                              Defendants.            ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/2/13

_____
LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Gore108jud.wpd